**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ciro SALINAS–MARIN, Defendant—**
**Appellant.**

**No. 05–50748.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 21, 2007.

Matthew Gardner, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Norma A. Aguilar, Esq., San Diego, CA, for Defendant–Appellant.

Ciro Salinas–Marin, San Diego, CA, pro se.

Before: TROTT, W. FLETCHER and CALLAHAN, Circuit Judges.

MEMORANDUM **

Ciro Salinas–Marin appeals from the term of supervised release imposed as part of his sentence following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.